E-FILED
Monday, 17 December, 2007  03:28:50 PM
Clerk, U.S. District Court, ILCD



IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA



FILED

OCT 20 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal No. 04-10036 |
| ANTHONY STANFORD and SEVON A. POSTON, | ) VIO: Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(iii), 841(b)(1)(C), Section 846; and Title 18 United States Code, Section 2 |
| Defendants. | ) |

## SUPERCEDING INDICTMENT

The Grand Jury charges:

### COUNT 1

1. That beginning during or about 2002, and continuing thereafter until on or about April 2, 2004, within the Central District of Illinois and elsewhere,

**SEVON A. POSTON,**

the defendant herein, did combine, conspire, confederate, and agree with other persons to knowingly and intentionally distribute and cause to be distributed at least fifty (50) grams of a mixture and substance containing cocaine base (crack) and an amount of cocaine, Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(iii) and 841(b)(1)(C).

### Overt Acts

2. In furtherance of the conspiracy and to accomplish its objectives of possessing with intent to distribute, distributing and causing to be distributed cocaine base (crack) and cocaine, the defendant and both persons known and persons unknown to the grand jury did

commit overt acts, including but not limited to the following:

        A.    During the period of the conspiracy, various persons would distribute cocaine base (crack) and cocaine;

        B.    During the period of the conspiracy, various persons would collect money from the sale of the cocaine base (crack) and cocaine;

        C.    During the period of the conspiracy, various persons possessed drug paraphernalia used in the drug trafficking business, including but not limited to scales and packaging material;

        D.    During the period of the conspiracy, various persons met to arrange the distribution of cocaine base (crack) and cocaine, to distribute cocaine base (crack) and cocaine, and to receive money from the sale of cocaine base (crack) and cocaine.

        E.    During the period of the conspiracy, various persons possessed United States currency for use in the drug trafficking operation;

        F.    During the period of the conspiracy, various persons used telephones to conduct the drug trafficking operation;

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about February 13, 2004, in McLean County, in the Central District of Illinois and elsewhere,

**ANTHONY STANFORD**
**and**
**SEVON A. POSTON,**

the defendants herein, did knowingly and intentionally distribute more than fifty (50) grams of a mixture and substance containing cocaine base (crack), a Schedule II controlled substance.

2

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

## COUNT 3

On or about February 26, 2004, in McLean County, in the Central District of Illinois and elsewhere,

**ANTHONY STANFORD,**

the defendant herein, did knowingly and intentionally distribute more than fifty (50) grams of a mixture and substance containing cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

## COUNT 4

On or about March 10, 2004, in McLean County, in the Central District of Illinois and elsewhere,

**ANTHONY STANFORD,**

the defendant herein, did knowingly and intentionally distribute more than fifty (50) grams of a mixture and substance containing cocaine base (crack), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

A True Bill.

s/foreperson
Foreperson

s/A.U.S Attorney

JAN PAUL MILLER
UNITED STATES ATTORNEY
JHC

3