E-FILED
Friday, 21 October, 2005  11:35:15 AM
Clerk, U.S. District Court, ILCD

RETURN RECEIPT FOR PRE-SENTENCE REPORT, SENTENCING RECOMMENDATION, AND STATEMENT OF REASON(S)

**FILED**

OCT 1 9 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Case Name: Sevon Poston

Case Number: 04-10036

The appeal time having expired ~~and/or the appeal having been concluded~~, the original Sealed Pre-Sentence Report (document number __42__), Sentencing Recommendation (document number __43__) and Statement of Reason(s) Page (document number __41__) were returned to the U.S. Probation Office on __10/13/5__.

Received by:

s/ Douglas Heuermann
U.S. Probation Office
Date: 10/19/05