E-FILED
Monday, 05 June, 2006  03:11:40 PM
Clerk, U.S. District Court, ILCD

Honorable Judge Mihm
United States District Court
Central District Office
Office of Clerk Room 309
Federal Building 100 N.E
Monroe Peoria, IL. 61602

**FILED**

JUN - 5 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

K. Tate Chambers
Supervisory Assist. U.S. Attorney
211 Fulton St. Suite 400
Peoria, IL. 61602

Attorney At Law
Hugh Toner III
1216 S.W. Adams St.
Peoria, IL. 61602

Anthony Stanford
#Reg 13304-026
Federal Corr. Institution
P.O. Box 33
Terre Haute, IN. 47808

CASE # 04-10036-001

Motion For Disposition of
Rule 35(b).

Comes now defendant Anthony Stanford acting in pro. se ask that this Honorable Court grant this motion. The petitioner asks this Honorable Court to liberally construe this motion in light of the

Supreme Court's ruling in <u>Haines v. Kerner</u> 404 U.S. 459, 30 L. Ed. 2d 652 (1972), which allows pro se litigants liberal aids especially when one is in prison and filing in his own behalf; and based on the gravity of its subject matter alone the defendant prays this Honorable Court check into this matter with diligence in his behalf.

## Background

The defendant was arrested March of 2004 and Indicted on two counts of Distribution of more than 50 grams of Cocaine Base (CRACK) 21: 841(A)1 and 841(B)(1)(A).

The defendant pled guilty to both counts of the Indictment June of 2005 and was sentenced September 7, 2005.

(1) Before sentence while still in federal custody defendant phoned his Attorney Hugh Toner, who had spoken with federal agents concerning defendants cooperation and Attorney Toner advised defendant of his conversation and approval. Agents come seen defendant while still in the county jail. Two agents came and proffer-ed defendant pertaining to an individual one Ms. Sevon Posely who was later arrested and convicted based on defendant's testimony; others have also been tried and convicted in federal and state courts.

(2) Apon officers initial interview and thoug-out their investigation defendant was lead to believe by the officers that his cooperation would help him to receive a reduction of sentence. The defendant was also told that his court sentence date was being moved back pending the outcome of Ms. Sevon Posely trial, in the event ~~that defendant would be~~ needed to testify. She pled guilty based on his/defendant's testimony.

(3) The defendant hoped that the government would keep their agreement to reduce his sentence under U.S.S.G. 5K1.1 but was later told by his attorney that in fact he would not be receiving a 5K1.1 but would receive a <u>Rule 35(b)</u> reduction of sentence.

(4) Defendant while awaiting his reduction of sentence but after several attempts to contact his attorney, the defendant realized that the one year statued limitation for such motion as the Rule 35(b) was fast approaching. The defendant felt compelled to motion the Honorable Court out of necessity to investigate the status of his motion that the time for justice may not elapse.

(5) Defendant was also made aware that he may be needed to testify against one Joe-Nathan Smith if and when he were arrested and tried.

(6) Defendant wishes not to challenge the authority of the government but only hope that the government would continue to act in good faith as defendant cooperated fully as government agents and his attorney had explained.

(7) There were certain things made aware to the Honorable Court's attention at sentence where the defendant was assulted and severely hurt due to his cooperation which he was informed by his attorney that would be taken into consideration at his reduction hearing. Defendant assumed his attorney was speaking with the United State Assistant U.S Attorney in all such matters as the agents.

(8) Defendant is also aware that the Courts have limited discretion where the filing of a Rule 35(b) motion is concerned, but also the courts can rule absent the filing of such a motion by the government, (example) if the courts find bad faith on behalf of the government.

## Conclusion

Wherefore defendant prays that this Honorable Court would take this motion and the gravity of its subject matter into consideration and find out the disposition of his Rule 35(b) motion.

Respectfully submitted this 31 day of May 2006.

Anthony Stanford
Anthony Stanford
Reg# 13304-026
Federal Corr. Institution
P.O. Box 33
Terre Haute, IN. 47808