IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-10036-02 |
| ) | |
| SEVON POSTON, ) | |
| ) | |
| Defendant. ) | |

## RULE 35 MOTION

Now comes the United States of America by Rodger A. Heaton, United States Attorney, and John H. Campbell, Assistant United States Attorney, for the Central District of Illinois, and pursuant to Federal Rule of Criminal Procedure 35 hereby moves to reduce defendant's sentence in the above-styled case.

Respectfully submitted,

UNITED STATES OF AMERICA

RODGER A. HEATON
UNITED STATES ATTORNEY


s:/ John H. Campbell
JOHN H. CAMPBELL
Assistant United States Attorney
One Technology Plaza, Suite 400
211 Fulton Street
Peoria, Illinois 61602
Telephone:  (309) 671-7050

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

United States Probation
100 NE Monroe
Peoria, IL 61602

I also mailed a copy of the foregoing to:

Rex L Reu
Attorney at Law
111 W Front St
Bloomington, IL 61701

 s:/   Kim Ritthaler
KIM RITTHALER
Legal Assistant