E-FILED
Tuesday, 14 November, 2006 11:26:18 AM
Clerk, U.S. District Court, ILCD

11/8/06

FILED
NOV 14 2006
M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT ILLINOIS

Dear John M. Waters

I would like to know the status of my motion that was filed on August 19, 2006. My judge was the Honorable Judge Michael M. Mihm. My case number is 1-04-CR-10036-002.
My address is as follows:

Se'Von Poston 13301-026
Federal Prison Camp
P.O. Box 6000
Greenville, ILL 62246

Thanking You In Advance

Se'Von Poston

Se'Von Poston