**E-FILED**
Wednesday, 29 November, 2006  11:29:00 AM
 Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | WRIT OF HABEAS CORPUS |
|     Plaintiff | ) | AD TESTIFICANDUM |
| | ) | |
| vs | ) | |
| | ) | CASE NO. 04-10036 |
| **SEVON A. POSTON** | ) | |
|     Defendant | ) | |

**TO:  THE WARDEN of** FCI GREENVILLE at Greenville, IL.

    **WE COMMAND** that you produce the body of **Sevon A. Poston**, Register No. **13301-026**, who is in your custody at FCI Greenville, IL before the United States District Court on **Wed., 12/13/06 at 10:30am** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants.  This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.   At the termination of said hearing you may return him to his current regular assignment.

    **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

    DATED:  11/29/06

                                                                   JOHN M. WATERS, CLERK
                                                                   UNITED STATES DISTRICT COURT

                                                                   BY:   s/H. Kallister
                                                                         Deputy Clerk

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **USA** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| **vs** | ) | |
| | ) | **CASE NO. 04-10036** |
| **SEVON A. POSTON** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of** FCI GREENVILLE at Greenville, IL.

    **WE COMMAND** that you produce the body of **Sevon A. Poston**, Register No. **13301-026**, who is in your custody at FCI Greenville, IL before the United States District Court on **Wed., 12/13/06 at 10:30am** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

    **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED: 11/29/06

    JOHN M. WATERS, CLERK
    UNITED STATES DISTRICT COURT

    BY:  s/H. Kallister
        Deputy Clerk

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **USA** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| **vs** | ) | |
| | ) | **CASE NO. 04-10036** |
| **SEVON A. POSTON** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of** FCI GREENVILLE at Greenville, IL.

  **WE COMMAND** that you produce the body of **Sevon A. Poston**, Register No. **13301-026**, who is in your custody at FCI Greenville, IL before the United States District Court on **Wed., 12/13/06 at 10:30am** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

  **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

  DATED:  11/29/06

                JOHN M. WATERS, CLERK
                UNITED STATES DISTRICT COURT

                BY:   s/H. Kallister
                  Deputy Clerk